UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) | Criminal No. 13-MJ-3019-KPN |
| OF 400 POPLAR STREET, ) | |
| FEEDING HILLS, MA 01030 ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by Carmen M. Ortiz, United States Attorney for the District of Massachusetts (the "Government"), through the undersigned Assistant U.S. Attorney, hereby files the instant Motion To Unseal.

The Government respectfully requests that the Court unseal the application, affidavit, search warrant and all related documents for the limited purpose of permitting the Government to provide the documents to the Hampden County District Attorney's Office ("Hampden DAO"). As grounds for this request, the Government states that it is declining prosecution of this matter in lieu of local investigation and/or prosecution by the Hampden DAO.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

/s/ Steven H. Breslow
STEVEN H. BRESLOW
Assistant United States Attorney